# SEALED UNITED STATES DISTRICT COURT
## for the
### Eastern District of California

**FILED**
JUL - 8 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

In the Matter of the Search of )
)
5300 Mississippi Bar Avenue )    Case No.
Orangevale, California )
)    2:15-SW-394    CKD
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A, attached hereto and incorporated by reference.**

located in the ___Eastern___ District of ___California___, there is now concealed *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B, attached hereto and incorporated by reference**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1201 | Kidnapping |

The application is based on these facts:

**SEE AFFIDAVIT, attached hereto and incorporated by reference.**

- ☑ Continued on the attached sheet.
- ☐ Delayed notice _____ days (give exact ending date if more than 30 days: _____) is requested
- ☐ under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Jason R. Walter, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7/8/2015

*Judge's signature*

City and state: Sacramento, California       Carolyn K. Delaney, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION
## FOR A SEARCH WARRANT

I, Jason R. Walter, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT QUALIFICATIONS

1.  My June 29, 2015 Affidavit in Support of Application for Search and Arrest Warrants in the Matthew Muller kidnapping matter is true and incorporated herein.

### PROBABLE CAUSE

2.  On June 30, 2015, at approximately 1:25 p.m., during the execution of a federal search warrant at 2710 Genoa Drive in South Lake Tahoe, California, for evidence of the kidnapping of VICTIM F, Special Agent (SA) Marcus Knutson, who is a member of the FEDERAL BUREAU OF INVESTIGATION's (FBI) Evidence Response Team (ERT), located several evidentiary items relating to the kidnapping of VICTIM F. FBI recovered a "zip-tie" from under the master bed, and the zip-tie had a blonde hair attached to it. VICTIM F has blond hair. FBI recovered a piece of cardboard that looks like it was the cardboard that covered a room window in one of the photos that the anonymized kidnapper emails linked to. Agents also observed adhesive marks where the cardboard appeared to have been taped to the wall. Agents also observed that the storage shed was set up consistently with the photo which depicted the cache of electronics and burglary equipment that was linked to in one of the emails, though the electronics and burglary equipment were missing. Also during the execution of the federal search warrant of the stolen white 2011 Ford Mustang, a blood pressure cuff was seized, which was described by both VICTIM M and VICTIM F to have been used on them by the kidnappers after they were given the liquid described as cold medicine. Agents left a copy of the search warrant, which incorporated and attached the affidavit.

1

3. At approximately 2:00 p.m., JOHN ZARBACK, the stepfather and JOYCE ZARBACK, the mother of MATTHEW MULLER and homeowners of the searched address, arrived to the residence and met with SA David Sesma as the Evidence Response Team was completing the search. It was during this time that upon questioning by SA Sesma, that JOHN ZARBACK stated that MATTHEW MULLER's father, MONTE MULLER, arrived at 2710 Genoa Drive "two weeks ago" while he was cleaning the residence and took custody of some of MATTHEW MULLER's remaining personal items. JOHN ZARBACK further stated that MATTHEW MULLER had a storage unit in Vallejo, California, under JOYCE ZARBACK, which is when JOYCE ZARBACK advised JOHN ZARBACK not to answer any more of SA Sesma's questions.

4. At approximately 4:45 p.m., SA Jason Walter and Task Force Officer (TFO) Troy Oviatt arrived at the residence of MONTE MULLER, located at 8673 Hodge Place in Orangevale, California, where he was asked about the whereabouts of MATTHEW MULLER's items that were taken from the South Lake Tahoe residence. MONTE MULLER refused to answer any questions regarding anything to do with MATTHEW MULLER.

5. At approximately 6:26 p.m., Vallejo Police Department Detective William Badour (also a FBI Task Force Officer) contacted the CENTRAL SELF STORAGE located at 2033 Broadway Street in Vallejo, California, and asked if MATTHEW MULLER had ever rented a storage unit at that facility. The property manager advised TFO Badour that MATTHEW MULLER has a unit and has rented it since September of 2014. A uniformed Vallejo police officer arrived at the CENTRAL SELF STORAGE a short time later and was advised by the property manager that MATTHEW MULLER currently rents unit #585.

6. On July 1, 2015, at approximately 12:30 p.m., agents and task force officers executed a federal search warrant at the aforementioned CENTRAL SELF STORAGE unit #585. Upon the search of the store unit several articles of evidence were seized, most noteworthy was bedding material in a trash bag and five remote control unmanned aerial vehicles, which were mentioned in the anonymized emails as being used to aid the alleged kidnappers in their crimes.

7. On July 1, 2015, at approximately 6:30 p.m., agents and task force officers executed a federal search warrant at 8673 Hodge Place in Orangevale, California. Once MONTE MULLER was advised of the search warrant, he revealed that he had some of MATTHEW MULLER's belongings that he had taken from the residence in South Lake Tahoe and that they were in his garage. Upon view of MATTHEW MULLER's personal items that were taken, it was decided to photograph, but not seize MULLER's property in place, which included consumer electronics but nothing that looked like instrumentalities of the offense. Agents did seize a copy of MATTHEW MULLER's DD-214 military discharge paperwork. When MONTE MULLER was questioned by your affiant if he recalled taking a wetsuit from the residence, he stated that he did not and that he is missing one of his own wetsuits.

8. In the photograph of the tracphone being purchased at Target referred in in Paragraph 13 of my June 29, 2015 affidavit, the person has dark hair, a medium build, and was wearing dark shorts and a dark polo shirt with white stripes, and dark shoes. MATTHEW MULLER's arrest photos show that he has dark hair and a medium build.

9. Since JOHN ZARBACK and JOYCE ZARBACK were the homeowners of the residence in South Lake Tahoe and cleaned up the residence, where MATTHEW MULLER's property has since been removed and where evidence indicates VICTIM F was held, I believe there is probable cause to search JOHN and JOYCE ZARBACK's residence for such evidence.

3

10. On July 7, 2015, I saw and downloaded from the Internet, the picture in Attachment A. It is consistent with how I recall the premises appearing.

11. I am aware of a jail recorded conversation in which MULLER asked his mother to collect his computers from the Tahoe residence. His mother told him that the police had already taken them.

## CONCLUSION

I submit that this affidavit supports probable cause of evidence of violation of 18 U.S.C. § 1201, for a search warrant authorizing the search of JOHN and JOYCE ZARBACK's residence, described in Attachment A, for the evidence and fruits of crime set forth in Attachment B.

## SEALING

The investigation is ongoing. There may be more storage units or residences. Further, although MATTHEW MULLER is in custody, there are others who could, if they decided to ignore warnings, still sequester or destroy evidence. I therefore ask that the filings in this case remain under seal except that the warrant may be served during the execution.

Respectfully submitted,

Jason R. Walter
Special Agent, FBI

Subscribed and sworn to
Before me on July 8, 2015

Hon. CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Approved as to Form:

MATTHEW D. SEGAL
Assistant United States Attorney

4

## ATTACHMENT A

5300 Mississippi Bar Avenue, Orangevale, California



## ATTACHMENT B

Evidence of violation of 18 U.S.C. § 1201, including:

1. Hairs
2. Fibers
3. DNA
4. Blood
5. Fingerprints
6. Indicia of ownership
7. Bindings
8. Tape
9. Curtains
10. Sheets
11. Bedding
12. Night stands
13. Gloves
14. Lasers
15. Flashlights
16. Goggles
17. Headphones
18. Pillows
19. Nyquil
20. Medicine
21. Pill Bottles
22. Recording devices
23. Cameras
24. Cellphones
25. Video Cameras
26. Computer equipment
27. Hard Drives
28. Thumb Drives/USB Drives
29. Routers
30. Web cams
31. Any wet suit, dark polo shirt, dark short pants, or dark mens footwear.
32. Any written or electronic document referring to Denise Huskins, Aaron Quinn, Henry Lee, Kenny Park. Andrea Roberts, Vallejo Police Department, or the FBI.
33. Any written or electronic document related to planning or execution of any home invasion, kidnapping, or theft, as well as any "workup" of personal information any potential victim

**SEALED**

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

In the Matter of the Search of )
)
)
5300 Mississippi Bar Avenue ) Case No. 2:15-SW-394  CKD
Orangevale, California )
)
)
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the  Eastern  District of  California
*(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A, attached hereto and incorporated by reference.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B, attached hereto and incorporated by reference.**

**YOU ARE COMMANDED** to execute this warrant on or before  7/22/2015  *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to: <u>any authorized U.S. Magistrate Judge in the Eastern District of California.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 7/8/2015  9:45 am     _Carolyn K. Delaney_
                                                    *Judge's signature*

City and state:  Sacramento, California        Carolyn K. Delaney, U.S. Magistrate Judge
                                                    *Printed name and title*

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
|  |  |  |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

### Certification

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____          _____
Signature of Judge                                                          Date

# ATTACHMENT A

5300 Mississippi Bar Avenue, Orangevale, California



## ATTACHMENT B

Evidence of violation of 18 U.S.C. § 1201, including:

1. Hairs
2. Fibers
3. DNA
4. Blood
5. Fingerprints
6. Indicia of ownership
7. Bindings
8. Tape
9. Curtains
10. Sheets
11. Bedding
12. Night stands
13. Gloves
14. Lasers
15. Flashlights
16. Goggles
17. Headphones
18. Pillows
19. Nyquil
20. Medicine
21. Pill Bottles
22. Recording devices
23. Cameras
24. Cellphones
25. Video Cameras
26. Computer equipment
27. Hard Drives
28. Thumb Drives/USB Drives
29. Routers
30. Web cams
31. Any wet suit, dark polo shirt, dark short pants, or dark mens footwear.
32. Any written or electronic document referring to Denise Huskins, Aaron Quinn, Henry Lee, Kenny Park. Andrea Roberts, Vallejo Police Department, or the FBI.
33. Any written or electronic document related to planning or execution of any home invasion, kidnapping, or theft, as well as any "workup" of personal information any potential victim