BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA<br><br>5300 MISSISSIPPI BAR AVENUE ORANGEVALE, CALIFORNIA | CASE NO. 2:15-SW-394-CKD<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |
|---|---|

The government's request to unseal the Search Warrant and this case is GRANTED.

Dated: July 13, 2015

HON. CAROLYN K. DELANEY
U.S. Magistrate Judge

FILED
JUL 13 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK